FILED
2017 Oct-17  AM 09:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| **KEVIN GARNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 6:17-cv-00952-LSC** |
| | ) | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | ) ) ) | **UNOPPOSED** |
| | ) | |
| **Defendant.** | ) | |

## UNOPPOSED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiff Kevin Garner, by and through counsel of record, and stipulates that this matter be dismissed without prejudice, each party to bear its own costs. Counsel for State Farm has been contacted and does not oppose this dismissal.

**Respectfully submitted this the 17th day of October, 2017.**

**ALL COUNSEL SO NOTED BELOW HAVE REVIEWED THIS DOCUMENT AND HAVE CONSENTED TO ITS ELECTRONIC FILING.**

/s/ G. Whit Drake_____
G. Whit Drake

**OF COUNSEL:**
**DRAKE LAW FIRM**
Two Perimeter Park South, Suite 510 East
Birmingham, Alabama  35243
Telephone:  (205) 970-0800
Email:        wdrake@drakelawal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on all parties to this action by e-file using the Court's AlaFile system and/or by depositing a copy of the same in the U. S. Mail, first-class postage prepaid and properly addressed as follows:


A. David Fawal
Matthew A. Barley
**BUTLER SNOW LLP**
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 297-2200
Facsimile:   (205) 297-2100

                                  *Attorney for State Farm Mutual Automobile Insurance Company*


      Done this the 17th day of October, 2017.


                                    /s/ G. Whit Drake
                                  **OF COUNSEL**


38652894.v1