FILED
2017 Oct-18  AM 10:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| KEVIN GARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 6:17-cv-00952-LSC |
| ) | |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### Order

This Court acknowledges receipt of the Plaintiff's Unopposed Joint Stipulation of Dismissal without Prejudice (Doc. 10) filed on October 17, 2017. Accordingly, this action is DISMISSED WITHOUT PREJUDICE and costs are taxed as paid.

**DONE** AND **ORDERED** ON OCTOBER 18, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485